UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:08-cv-61484-ZLOCH/SNOW

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| DALE LEWIS, | ) ) |
| Plaintiff-Intervenor | ) ) |
| v. | ) ) |
| SEARS HOLDINGS CORPORATION AND KMART CORPORATION, | ) ) ) |
| Defendants. | ) / |

## JOINT MOTION FOR APPROVAL OF CONSENT DECREE

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiff, the United States Equal Employment Opportunity Commission and Defendants Sears Holdings Corporation and Kmart Corporation hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, the parties state as follows:

1. On September 18, 2008, EEOC initiated this action by filing its Complaint. EEOC's Complaint alleges that Defendants violated Title VII of the Civil Rights Act of 1964, as amended. EEOC sought relief in this matter for Dale Lewis and three other claimants.

2.      On July 20, 2009, the parties attended a settlement conference with Cary R. Singletary, P.A. Throughout the mediation and the subsequent weeks, the parties negotiated a final settlement.

3.      As a result of having engaged in comprehensive settlement negotiations, the parties agree to resolve this action in its entirety on the terms reflected in the executed Consent Decree, attached as Exhibit 1.

4.      The attached Consent Decree reflects the terms of monetary and injunctive relief to which the parties have agreed.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Honorable Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree.

Dated the 15th Day of September, 2009.

> Respectfully submitted,
>
> UNITED STATES EQUAL EMPLOYMENT
> OPPORTUNITY COMMISSION
>
> MICHAEL J. O'BRIEN
> Acting Regional Attorney
>
> MARIA KATE BOEHRINGER
> Supervisory Trial Attorney
>
> /s/ Kaleb M. Kasperson
> Kaleb M. Kasperson
> Trial Attorney
> Florida Bar Number 658766
> Miami District Office
> 2 South Biscayne Blvd., Suite 2700
> Miami, Florida  33131
> Telephone: (305) 808-1786
> Kaleb.Kasperson@eeoc.gov

/s/  Christopher P. Hammon_____
CHRISTOPHER P. HAMMON
Florida Bar No. 176753
Counsel for Defendants
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
701 Brickell Avenue, Suite 2020
Miami, Florida 33131-3302
Telephone: (305) 374-0506
Facsimile:  (305)  374-0456